## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Octavio Salazar**; 1975; United States Citizen<br>**Jamae Christine Reiss**; 1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-01707MJ** |

| Complaint for violation of Title 8 United States Code ' 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 3, 2022, in the District of Arizona, Octavio Salazar and Jamae Christine Reiss, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Ezequiel Bautista-Huerta, Luis Alfredo Santiago-Tejeda, and Gerardo Santiago-Tejeda, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 3, 2022, in the District of Arizona, at or near Sonoita, Arizona, United States Border Patrol Agents (BPA), who were assigned to the checkpoint located on State Route 82, noticed a silver minivan that was parked in a rest area near the checkpoint, in a rest area. A male and female were outside the vehicle and the vehicle had been there approximately an hour. Agents approached the minivan and asked the driver of the vehicle, later identified as Octavio Salazar if everything was ok. The passenger was later identified as Jamae Christine Reiss. Salazar had indicated he was having engine problems and indicted he would drive back to Nogales. The Agent noticed a blanket, which was lying across the rear cargo area. He noticed movement under the blanket. Salazar was asked if there was anyone else in the car besides himself and the passenger. He responded in the negative. When confronted with the movement from under the blanket, Salazar responded he was giving "them a ride." Three people were found lying under the blanket. All three indicted they were from Mexico and had no legal permission to be in the United States. They were identified as Ezequiel Bautista-Huerta, Luis Alfredo Santiago-Tejeda, and Gerardo Santiago-Tejeda, each of them were citizens and nationals of Mexico. Each of them indicated they were traveling to another location within the United States.

In a post-*Miranda* statement, **Salazar** stated that he knew he was transporting individuals that did not have permission to be in the United States. He was to be paid $1000.00 per person and take them to another location in Phoenix. **Reiss**, after *Miranda* was read, admitted she knew she was transporting illegal aliens and was going to be paid to take them to another location in Phoenix.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Ezequiel Bautista-Huerta, Luis Alfredo Santiago-Tejeda, and Gerardo Santiago-Tejeda

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge<br>AUTHORIZED BY:  AUSA AAA/rr _____ | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 4, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54